Clinton ROSS, Appellant,

v.

STATE of Florida, Appellee.

No. 1D16–2419.

District Court of Appeal of Florida, First District.

Oct. 28, 2016.

Clinton Ross, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED. This Court retains jurisdiction to address the imposition of sanctions.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., concur.